United States Bankruptcy Court

101 W. Lombard Street

Baltimore, Md.    21201

Case # 09-29840

Bernard Walker

7 Matinee Court #H

Owings Mills, Md.   21117

November 8, 2009

FILED

NOV 10 2009

CLERK'S OFFICE
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

<u>Objection to Ineligibility for Discharge</u>

By the time, that I am discharged the period of time for the courts will be satisfied. I am filing because at this point in time, I do not have any other recourse. I am a full time student retraining for a new career at CCBC-Baltimore County. Until the economy collapsed I never had a problem with my creditors but I just do not have the money to pay them. I ask the court to please consider my request even though; I may have to wait until the time period is satisfied.

Sincerely,

*Bernard Walker*

Bernard Walker

VACATED